Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | **Cucina Antica Foods, Corp.** _____ |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 1 3 – 4 0 1 9 6 8 6 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5310 Harvest Hill Road, Ste. 195**<br>Number        Street | <br>Number        Street |
| **Dallas, TX 75230**<br>City              State    ZIP Code | <br>City              State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| **Dallas**<br>County | <br>Number        Street |
| | <br>City              State    ZIP Code |

**5. Debtor's website (URL)** _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Cucina Antica Foords, Corp.**_____     Case number *(if known)* _____
     Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
<u>3</u>  <u>1</u>  <u>1</u>  <u>4</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____  When _____  Case number _____
                              MM / DD / YYYY

      District _____  When _____  Case number _____
                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____  Relationship _____

      District _____  When _____
                                     MM / DD / YYYY

      Case number, if known _____

Debtor **Cucina Antica Foords, Corp.**       Case number *(if known)* _____

Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number     Street

_____

_____

City            State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

        Contact name _____

        Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49    ☐ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000

☐ 100-199    ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000        ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion

☐ $50,001-$100,000        ☐ $10,000,001-$50 million        ☐ $1,000,000,001-$10 billion

☑ $100,001-$500,000        ☐ $50,000,001-$100 million        ☐ $10,000,000,001-$50 billion

☐ $500,001-$1 million        ☐ $100,000,001-$500 million        ☐ More than $50 billion

---

Debtor     __Cucina Antica Foords, Corp.__     Case number *(if known)* _____
       Name

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| --- | --- | --- | --- |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**     Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __12/04/2024__
          MM/ DD/ YYYY

**X** __/s/ Suzanne Fusco__ *Suzanne Fusco*     **Suzanne Fusco**
   Signature of authorized representative of debtor     Printed name

Title     **Authorized Representative**

**18. Signature of attorney**

**X** _____/s/ Frances A. Smith_____     Date __12/04/2024__
   Signature of attorney for debtor            MM/ DD/ YYYY

**Frances A. Smith** _____
Printed name

**Ross, Smith & Binford, PC** _____
Firm name

**700 N. Pearl Street 1610** _____
Number       Street

**Dallas** _____     **TX** _____     **75201** _____
City       State       ZIP Code

**(214) 593-4976** _____     **frances.smith@rsbfirm.com** ____
Contact phone         Email address

**24033084** _____     **TX** _____
Bar number         State

## UNANIMOUS WRITTEN CONSENT OF SHAREHOLDERS IN LIEU OF MEETING OF SHAREHOLDERS OF

## CUCINA ANTICA FOOD CORP.

### December 13, 2024

The undersigned, being the sole shareholder of the shares of Cucina Antica Food Corp. (referred to as the "Company"), a New York corporation, does hereby consent in writing to ratify, approve, and adopt the following actions in accordance with Article II Section 9 of the Bylaws of the Company:

WHEREAS, Aniello Fusco ("Mr. Fusco") was the sole shareholder, President, and Secretary of the Company.

WHEREAS, Mr. Fusco died on September 11, 2024, in Dallas, Dallas County, Texas at the age of 62 years, and at the time of his death, Mr. Fusco owned 100% of the shares of the Company.

WHEREAS, Mr. Fusco left a valid written will ("Will") dated March 4, 2021, which was never revoked and has been filed in the Probate Court of Dallas County, case no. PR-24-03669-2.

WHEREAS, in the Will, Suzanne Marion Fusco, is appointed the Independent Executor of the Will and the recipient of all Remaining Property as defined in the Will, including the shares in the Company and thus is, or will be, the sole shareholder of the Company.

RESOLVED, that it is desirable and in the best interest of the Company, its creditors, and other interested parties for the Company to file a petition for bankruptcy protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in such form and at such time as the Executor of the Estate of Mr. Fusco, and the Company's sole shareholder, Suzanne M. Fusco (the "Shareholder") shall determine (such bankruptcy case, the "Chapter 11 Case");

RESOLVED FURTHER, in furtherance of such a filing, the Company shall seek the employment and retention of bankruptcy counsel and other professionals in the Chapter 11 Case, to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all action to advance the Company's rights and obligations and, in connection therewith, may execute appropriate retention agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of such professionals;

RESOLVED FURTHER, that all acts lawfully done or actions lawfully taken by the Shareholder or any of the Company's professionals to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 Case , or any matter or proceeding related thereto, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company; and

RESOLVED FURTHER, that any and all actions of the Shareholder or any of the Company's professionals taken prior to the date hereof (a) to carry out the purposes of the foregoing resolutions and the transactions contemplated thereunder and (b) that represent the exercise of such discretionary authority, be and hereby are ratified, approved, and confirmed in all respects.

EXECUTED as of the above date.

_Suzanne M. Fusco_

Suzanne M. Fusco, Independent Executor of the Estate of Aniello Fusco and Sole Shareholder