Fill in this information to identify the case:

Debtor Name **Cucina Antica Foods, Corp.**

United States Bankruptcy Court for the: _____**Northern**_____ District of _____**Texas**_____
                                                                            (State)

Case number (If known): **24-34058**

☐ Check if this is an amended filing

**Official Form 206A/B**

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Valley Bank** | **Checking account** | 3 8 6 7 | **$74,812.96** |
| 3.2. | **Valley Bank** | **Checking account** | 8 7 8 7 | **$2,009.34** |
| 3.3. | **Valley Bank** | **Checking account** | 9 1 6 7 | **$1,707.86** |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____ _____

   4.2 _____ _____

5. **Total of Part 1** | **$78,530.16**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.

   ☑ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

Debtor **Cucina Antica Foods, Corp.**                     Case number *(if known)* **24-34058**

Name

|     |     |     |
|-----|-----|-----|
| 7.1 | | |
| 7.2 | | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   | | | |
   |-----|-----|-----|
   | 8.1 | **World Sync, Inc** | **$2,190.82** |
   | 8.2 | **Crownanalytics, LLC** | **$100.00** |
   | 8.3 | **Southern Motor Carriers Association** | **$142.80** |
   | 8.4 | **Spins, LLC** | **$1,340.43** |
   | 8.5 | **Syndigo** | **$2,114.99** |
   | 8.6 | **GS1 Canada (Amex 04/2024)** | **$1,439.63** |
   | 8.7 | **Ranger** | **$1,522.25** |
   | 8.8 | **GS1 Canada (Amex 05/2024)** | **$605.78** |
   | 8.9 | **Accounting Seed** | **$1,020.10** |
   | 8.10 | **Micro DataNet** | **$9,250.00** |
   | 8.11 | **Infocon** | **$900.00** |
   | 8.12 | **Spins, LLC** | **$5,361.53** |

9. **Total of Part 2**                                                        **$25,988.33**

   Add lines 7 through 8. Copy the total to line 81.

---

| Part 3: | Accounts receivable |
|---------|---------------------|

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:   **$565,000.00**  -  **$198,000.00**   =.....➜   **$367,000.00**

                           face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:   **$12,000.00**  -  **$12,000.00**   =.....➜   **$0.00**

                           face amount          doubtful or uncollectible accounts

12. **Total of Part 3**                                                        **$367,000.00**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

| Part 4: | Investments |
|---------|-------------|

| Debtor | **Cucina Antica Foods, Corp.** | Case number *(if known)* **24-34058** |
|---|---|---|
| | Name | |

---

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1 _____ | _____ | _____ |
| 14.2 _____ | _____ | _____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                                                 % of ownership:

| | % of ownership | Valuation method | Current value |
|---|---|---|---|
| 15.1. _____ | _____ | _____ | _____ |
| 15.2. _____ | _____ | _____ | _____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | |
|---|---|---|
| 16.1 _____ | _____ | _____ |
| 16.2 _____ | _____ | _____ |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                                            _____

---

**Part 5:**  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| Ingredients | _____ MM / DD / YYYY | unknown | Average cost | $58,000.00 |
| 20. **Work in progress** | | | | |
| | _____ MM / DD / YYYY | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| Finished goods | _____ MM / DD / YYYY | unknown | Average cost | $383,000.00 |
| 22. **Other inventory or supplies** | | | | |

---

Debtor **Cucina Antica Foods, Corp.**
Name

Case number *(if known)* **24-34058**

| | | |
|---|---|---|
| **Packaging/labels** | unknown  **Average cost** | **$61,000.00** |
| MM / DD / YYYY | | |

23. **Total of Part 5**

   Add lines 19 through 22. Copy the total to line 84.

   **$502,000.00**

24. **Is any of the property listed in Part 5 perishable?**

   ☐ No

   ☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

   ☑ No

   ☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☑ No. Go to Part 7.

   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**

   Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

   ☑ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

Debtor     **Cucina Antica Foods, Corp.**                                    Case number *(if known)* **24-34058**
           Name

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| **Furniture and Fixtures** | $43.55 | | $43.55 |
| 40. **Office fixtures** | | | |
| | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Computer Equipment** | $4,562.43 | | $4,562.43 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | | | |
| 42.2 _____ | | | |
| 42.3 _____ | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                                            $4,605.98

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

Debtor    **Cucina Antica Foods, Corp.**                                    Case number *(if known)* **24-34058**

Name

---

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | _____ | _____ | _____ |
| 47.2 _____ | _____ | _____ | _____ |
| 47.3 _____ | _____ | _____ | _____ |
| 47.4 _____ | _____ | _____ | _____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | _____ | _____ | _____ |
| 48.2 _____ | _____ | _____ | _____ |
| 49. **Aircraft and accessories** | | | |
| 49.1 _____ | _____ | _____ | _____ |
| 49.2 _____ | _____ | _____ | _____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Machinery** | **$0.00** | | **$0.00** |

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

$0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

---

| Debtor | Cucina Antica Foods, Corp. | Case number *(if known)* 24-34058 |
|---|---|---|
| | Name | |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Office Space /** 5310 Harvest Hill Road Ste. 195 Dallas, TX 75230 | Lease | unknown | | unknown |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| Recipes | unknown | | unknown |
| Brand Names | unknown | | unknown |
| Trademark on all 3 Brands, Cucina Antica, Organico Bello, Monte Bene | unknown | | unknown |
| 61. **Internet domain names and websites** | | | |
| www.cucina-antica.com | unknown | | unknown |
| www.organicobello.com | unknown | | unknown |
| www.montebene.com | unknown | | unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| Customer Lists and Contacts | unknown | | unknown |
| 64. **Other intangibles, or intellectual property** | | | |
| | | | |

Debtor    **Cucina Antica Foods, Corp.**                                              Case number *(if known)* **24-34058**
          Name

---

65.  **Goodwill**

     **Goodwill**                                              unknown                                              unknown

66.  **Total of Part 10**

     Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

     ☑ No

     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

     ☑ No

     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

     ☑ No

     ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No. Go to Part 12.

     ☑ Yes. Fill in the information below.

                                                                                      **Current value of
                                                                                      debtor's interest**

71.  **Notes receivable**

     Description (include name of obligor)

     _____      _____ – _____ =➜   _____
                           Total face amount    doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

     Description (for example, federal, state, local)

     **2024 tax year**                                         Tax year **2024**          **$84,000.00**

73.  **Interests in insurance policies or annuities**

     **Hartford Commercial Package Policy #16SBAAC6276**                               unknown

     **Hartford TX Workers' Comp Policy #16WBCKZ2160**                                 unknown

     **Shelterpoint Life Ins Co NY Disability Policy #D553351**                        unknown

     **NY State Ind Fund NYS Workers' Comp Policy #13229323**                          unknown

     **United Healthcare Employee Health Insurance Policy #60U1595**                    unknown

74.  **Causes of action against third parties (whether or not a lawsuit has
     been filed)**

---

Official Form 206A/B                **Schedule A/B: Assets — Real and Personal Property**                page **8**

Debtor   **Cucina Antica Foods, Corp.**                                    Case number *(if known)* **24-34058**
         Name

---

**Nature of claim** _____

**Amount requested** _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Nature of claim** _____

**Amount requested** _____

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   **Leasehold Imprvements**                                                    $320.00

78. **Total of Part 11**                                                    $84,320.00
   Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

---

Official Form 206A/B            **Schedule A/B: Assets — Real and Personal Property**            page **9**

Debtor    **Cucina Antica Foods, Corp.**                                         Case number *(if known)* **24-34058**
          Name

## Part 12:    Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $78,530.16 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $25,988.33 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $367,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $502,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,605.98 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................ ➔ | | unknown |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $84,320.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column*...........................91a. | $1,062,444.47 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................................................. | | $1,062,444.47 |

Fill in this information to identify the case:

Debtor name **Cucina Antica Foods, Corp.**

United States Bankruptcy Court for the: **Northern** District of **Texas**
(State)

Case number (if known): **24-34058**

☐ Check if this is an amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1**

**Creditor's name**

**Biz2Credit Inc.**

**Creditor's mailing address**

**Attn: Bankruptcy Department**

**1 Penn Plaza 31st Floor**

**New York, NY 10119**

**Creditor's email address, if known**

**Date debt was incurred** **07/08/2024**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

For Accounts receivable under 90 days: 1) Valley National Bank; **2) Biz2Credit Inc.**; 3) Celtic Bank Corporation; For Accounts receivable over 90 days: 1) Valley National Bank; **2) Biz2Credit Inc.**; 3) Celtic Bank Corporation

**Describe debtor's property that is subject to a lien**

Accounts receivable under 90 days, Accounts receivable over 90 days

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☑ Disputed

Column A: **$476,000.00**  Column B: **$367,000.00**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$2,202,610.04**

Debtor  **Cucina Antica Foods, Corp.**
_____
Name

Case number (if known) **24-34058**
_____

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

**Celtic Bank Corporation**
_____

**Creditor's mailing address**

**Attn: Bankruptcy Department**
**c/o BlueVine Inc.**
_____

**401 Warren St Suite 300**
_____

**Redwood City, CA 94063**
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**    **09/14/2023**

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

❑ No
☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

      **See continuation page.**

   ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Accounts receivable under 90 days, Finished goods, Computer Equipment, Furniture and Fixtures, Ingredients, Packaging/labels, Accounts receivable over 90 days, Valley Bank, Valley Bank, Valley Bank, Machinery, Recipes, Trademark on all 3 Brands, Cucina Antica, Organico Bello, Monte Bene, www.cucina-antica.com, www.montebene.com, www.organicobello.com, Brand Names

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
❑ Yes

**Is anyone else liable on this claim?**

☑ No
❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent
❑ Unliquidated
☑ Disputed

Column A: **$36,610.04**    Column B: **$952,136.14**

Debtor    **Cucina Antica Foods, Corp.**

Name                                                            Case number (if known) **24-34058**

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** **Creditor's name**

CSC

**Describe debtor's property that is subject to a lien**

                                                    **unknown**                **unknown**

**Creditor's mailing address**

**As Representative**
**Attn: Bankruptcy Department**

**PO Box 2576**

**Springfield, IL 62708**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number**  __ __ __ __

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** UCC - 202407105979409

Debtor **Cucina Antica Foods, Corp.**                     Case number (if known) **24-34058**

Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.4** **Creditor's name**

**First Corporate Solutions Inc.**

**Describe debtor's property that is subject to a lien**

unknown        unknown

**Creditor's mailing address**

**as Representative**
**Attn: Bankruptcy Department**

**914 S Street**

**Sacramento, CA 95811**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
❑ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☑ No
❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
❑ Yes. Have you already specified the relative priority?

❑ No. Specify each creditor, including this creditor, and its relative priority.

_____

❑ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** UCC - 202309196308233

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page **4** of **8**

Debtor   **Cucina Antica Foods, Corp.**

Name

Case number (if known) **24-34058**

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.5** **Creditor's name**

**Valley National Bank**

**Creditor's mailing address**

**Attn: Maria Gugliuzza**

**One Jericho Plaza Suite 107, Wing B**

**Jericho, NY 11753**

**Creditor's email address, if known**

**Date debt was incurred**   **9/24/2020**

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

     **See continuation page.**

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** UCC - 202403215417707

**Describe debtor's property that is subject to a lien**

Accounts receivable under 90 days. Accounts receivable over 90 days. Finished goods. Computer Equipment. Furniture and Fixtures. Ingredients. Packaging/labels. 2024 tax year. Valley Bank. Valley Bank. Valley Bank. www.cucina-antica.com. www.montebene.com. www.organicobello.com. Trademark on all 3 Brands. Cucina Antica. Organico Bello. Monte Bene. Goodwill. Recipes. Machinery

**Describe the lien**

**Loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$1,690,000.00**   Column B: **$1,036,136.14**

Debtor **Cucina Antica Foods, Corp.**
Name

Case number (if known) **24-34058**

---

| Part 1: | Additional Page | | |

---

| **2.2** Creditor's name | **Specify each creditor, including this creditor, and its relative priority.** |
| --- | --- |
| **Celtic Bank Corporation** | For Accounts receivable under 90 days: 1) Valley National Bank; 2) Biz2Credit Inc.; **3) Celtic Bank Corporation**; For Finished goods: 1) Valley National Bank; **2) Celtic Bank Corporation**; For Computer Equipment: 1) Valley National Bank; **2) Celtic Bank Corporation**; For Furniture and Fixtures: 1) Valley National Bank; **2) Celtic Bank Corporation**; For Ingredients: 1) Valley National Bank; **2) Celtic Bank Corporation**; For Packaging/labels: 1) Valley National Bank; **2) Celtic Bank Corporation**; For Accounts receivable over 90 days: 1) Valley National Bank; 2) Biz2Credit Inc.; **3) Celtic Bank Corporation**; For Valley Bank: **1) Celtic Bank Corporation**; 2) Valley National Bank; For Valley Bank: **1) Celtic Bank Corporation**; 2) Valley National Bank; For Valley Bank: **1) Celtic Bank Corporation**; 2) Valley National Bank; For Machinery: **1) Celtic Bank Corporation**; 2) Valley National Bank; For Recipes: **1) Celtic Bank Corporation**; 2) Valley National Bank; For Trademark on all 3 Brands, Cucina Antica, Organico Bello, Monte Bene: **1) Celtic Bank Corporation**; 2) Valley National Bank; For www.cucina-antica.com: **1) Celtic Bank Corporation**; 2) Valley National Bank; For www.montebene.com: **1) Celtic Bank Corporation**; 2) Valley National Bank; For www.organicobello.com: **1) Celtic Bank Corporation**; 2) Valley National Bank |

| **2.5** Creditor's name | **Specify each creditor, including this creditor, and its relative priority.** |
| --- | --- |
| **Valley National Bank** | For Accounts receivable under 90 days: **1) Valley National Bank**; 2) Biz2Credit Inc.; 3) Celtic Bank Corporation; For Accounts receivable over 90 days: **1) Valley National Bank**; 2) Biz2Credit Inc.; 3) Celtic Bank Corporation; For Finished goods: **1) Valley National Bank**; 2) Celtic Bank Corporation; For Computer Equipment: **1) Valley National Bank**; 2) Celtic Bank Corporation; For Furniture and Fixtures: **1) Valley National Bank**; 2) Celtic Bank Corporation; For Ingredients: **1) Valley National Bank**; 2) Celtic Bank Corporation; For Packaging/labels: **1) Valley National Bank**; 2) Celtic Bank Corporation; For Valley Bank: 1) Celtic Bank Corporation; **2) Valley National Bank**; For Valley Bank: 1) Celtic Bank Corporation; **2) Valley National Bank**; For Valley Bank: 1) Celtic Bank Corporation; **2) Valley National Bank**; For www.cucina-antica.com: 1) Celtic Bank Corporation; **2) Valley National Bank**; For www.montebene.com: 1) Celtic Bank Corporation; **2) Valley National Bank**; For www.organicobello.com: 1) Celtic Bank Corporation; **2) Valley National Bank**; For Trademark on all 3 Brands, Cucina Antica, Organico Bello, Monte Bene: 1) Celtic Bank Corporation; **2) Valley National Bank**; For Recipes: 1) Celtic Bank Corporation; **2) Valley National Bank**; For Machinery: 1) Celtic Bank Corporation; **2) Valley National Bank** |

Debtor   **Cucina Antica Foods, Corp.** _____     Case number (if known) **24-34058** _____
      Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **CSC** <br> **as Representative** <br> **Attn: Bankruptcy Department** <br> **801 Adlai Stevenson Dr.** <br> **Springfield, IL 62703** | Line 2. **3** | __ __ __ __ |
| **K&L Gates** <br> **Attn: David S. Catuogno** <br> **One Newark Center 10th Floor** <br> **Newark, NJ 07102** | Line 2. **5** | __ __ __ __ |
| **Valley National Bank** <br> **Attn: Bankruptcy Department** <br> **PO Box 953** <br> **Wayne, NJ 07474** | Line 2. **5** | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

Debtor    **Cucina Antica Foods, Corp.**
     Name

Case number (if known) **24-34058**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | __ __ __ __ |

| Fill in this information to identify the case: |
| --- |
| Debtor name _____ **Cucina Antica Foods, Corp.** _____ |
| United States Bankruptcy Court for the: _____ **Northern District of Texas** _____ |
| Case number (if known): _____ **24-34058** _____ |

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                   **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

**1.   Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2.   List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.1 | **Priority creditor's name and mailing address** _____ _____ _____ **Date or dates debt was incurred** _____ **Last 4 digits of account number** __ __ __ __ **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _____ **Is the claim subject to offset?** ☐ No ☐ Yes | _____ | _____ |

| 2.2 | **Priority creditor's name and mailing address** _____ _____ _____ **Date or dates debt was incurred** _____ **Last 4 digits of account number** __ __ __ __ **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _____ **Is the claim subject to offset?** ☐ No ☐ Yes | _____ | _____ |

| Debtor | **Cucina Antica Foods, Corp.** | | Case number *(if known)* | **24-34058** |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**

**84.51 LLC**

**Attn: Bankruptcy Department**

**P.O. Box 635029**

**Cincinnati, OH 45263-5029**

Date or dates debt was incurred     **5/1/2024**

Last 4 digits of account number     **2  9  1  2**

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim:   **Vendor**

Is the claim subject to offset?
☑ No
❑ Yes

**$1,009.61**

**3.2** **Nonpriority creditor's name and mailing address**

**Aborn & Co. Inc. dba FreightPlus, Inc.**

**dba FreightPlus**
**Attn: Jill Clifford**

**108 Myrtle Street #6**

**Quincy, MA 02171**

Date or dates debt was incurred     **over 90 days to present**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim:   **Vendor**

Is the claim subject to offset?
☑ No
❑ Yes

**$454,896.48**

**3.3** **Nonpriority creditor's name and mailing address**

**Anchin, Block & Anchin LLP**

**Attn: Stephen Plattman**

**P.O. Box 32002**

**New York, NY 10087-2002**

Date or dates debt was incurred     **09/08/24**

Last 4 digits of account number     **8  4  0  2**

Remarks: ESSENTIAL. Accounting firm.

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim:   **Vendor**

Is the claim subject to offset?
☑ No
❑ Yes

**$11,700.00**

**3.4** **Nonpriority creditor's name and mailing address**

**C&S Wholesale Grocers Inc**

**ATTN: Kristin Potter**
**ATTN: Matt Justet**

**47 Old Ferry Road**

**Brattleboro, VT 05301**

Date or dates debt was incurred     **10/15/2024**

Last 4 digits of account number     **2  1  6  1**

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim:   **Vendor**

Is the claim subject to offset?
☑ No
❑ Yes

**$50,589.17**

| Debtor | **Cucina Antica Foods, Corp.** | Case number *(if known)* | **24-34058** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

**3.5** **Nonpriority creditor's name and mailing address**

**Caraluzzi's Markets**

**Attn: Bankruptcy Department**

**5 Francis J Clarke Circle**

**Bethel, CT 06801**

**Date or dates debt was incurred**   **4/9/2024**

**Last 4 digits of account number**   — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,037.60**

---

**3.6** **Nonpriority creditor's name and mailing address**

**CHEP USA**

**Attn: Bankruptcy Department**

**15226 Collections Center Drive**

**Chicago, IL 60693**

**Date or dates debt was incurred**   **current**

**Last 4 digits of account number**   — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$72.37**

---

**3.7** **Nonpriority creditor's name and mailing address**

**Choice Sales & Marketing West, Inc.**

**Attn: Kathy Murray**

**3156 La Palma Avenue Suite A**

**Anaheim, CA 92806**

**Date or dates debt was incurred**   **7/26/24**

**Last 4 digits of account number**   — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$17,883.12**

---

**3.8** **Nonpriority creditor's name and mailing address**

**Concord National LLP**

**Attn: Lorena Perrin**
**#400 - 1124 Lonsdale Avenue**

**North Vancouver, British Colombia**

**V7M 2H1, Canada,**

**Date or dates debt was incurred**   **8/15/2024**

**Last 4 digits of account number**   — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$7,295.99**

---

Debtor    **Cucina Antica Foods, Corp.**                                    Case number *(if known)*    **24-34058**
Name

---

| Part 2: | Additional Page |
|---|---|

**3.9** **Nonpriority creditor's name and mailing address**

**Courtier NordEst Broker**

**Attn: Bankruptcy Department**

**46 Rue Glen Granby**

**Quebec, Canada, J2G 4K4,**

**Date or dates debt was incurred**    **9/30/2024**

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

$776.98

---

**3.10** **Nonpriority creditor's name and mailing address**

**Critical Mass Group LLC**

**Attn: Daniel Morad**

**215 Pier Avenue Suite C**

**Hermosa Beach, CA 90254**

**Date or dates debt was incurred**    **10/2024-12/2024**

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

$45,000.00

---

**3.11** **Nonpriority creditor's name and mailing address**

**Di Vita S.p.A**

**Attn: Alberto Pochettino**

**Via Poirino, 13**

**Campagnola TO, Italy 10022,**

**Date or dates debt was incurred**    **10/15/2024**

**Last 4 digits of account number**    **9  0  1  0**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

$554,310.44

---

**3.12** **Nonpriority creditor's name and mailing address**
**Diamond Properties**

**Attn: Bankruptcy Department**

**333 N. Bedford Road Suite 145**

**Mount Kisco, NY 10549**

**Date or dates debt was incurred**    **10/1/2024**

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Landlord**

**Is the claim subject to offset?**
☑ No
❑ Yes

$6,000.00

---

Debtor    **Cucina Antica Foods, Corp.**                                          Case number *(if known)*    **24-34058**
          Name

## Part 2:  Additional Page

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,013.86** |
|---|---|---|---|

**DWS Associates, Inc.**

**Attn: Bankruptcy Department**

**89 North Industry Court**

**Deer Park, NY 11729**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Date or dates debt was incurred**    **8/7/2024**

**Last 4 digits of account number**    — — — —

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$40,544.70** |
|---|---|---|---|

**Fratelli Voza**

**Attn: Bankruptcy Department**

**Localita bivio Cioffi - 84025**

**EBOLI (SA), Salerno Italy,**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Date or dates debt was incurred**    **10/16/2024**

**Last 4 digits of account number**    **4  8  8  9**

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$378.40** |
|---|---|---|---|

**Fresh Direct**

**Attn: Bankruptcy Department**

**P.O. Box 21201**

**New York, NY 10087-1201**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Date or dates debt was incurred**    **10/26/2024**

**Last 4 digits of account number**    — — — —

**Remarks:** Bill is for promos at the stores.

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$31,416.91** |
|---|---|---|---|

**Fusion Transportation**

**Attn: Sheila Rivas**

**P.O. Box 24498**

**New York, NY 10087**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Date or dates debt was incurred**    **11/30/2024**

**Last 4 digits of account number**    — — — —

**Remarks:** Warehouse where products kept.

---

Debtor    **Cucina Antica Foods, Corp.**                                    Case number *(if known)*    **24-34058**

Name

---

**Part 2:**  Additional Page

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,918.50**
--- | --- | --- | ---

**3.17**

**Nonpriority creditor's name and mailing address**

**Giannuzzi Lewendon LLP**

**Attn: Bankruptcy Department**

**411 West 4th Street 4th Floor**

**New York, NY 10014**

**Date or dates debt was incurred**    **10/16/2024**

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$3,918.50**

---

**3.18**

**Nonpriority creditor's name and mailing address**

**Giovanni Food Co, Inc**

**Attn: Lou DeMent, CEO**

**8800 Sixty Road**

**Baldwinsville, NY 13027**

**Date or dates debt was incurred**    **over 90 days to present**

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$83,466.65**

---

**3.19**

**Nonpriority creditor's name and mailing address**

**Ibotta Inc**

**Attn: Bankruptcy Department**

**Dept. CH 19957**

**Palatine, IL 60055**

**Date or dates debt was incurred**    **7/26/2024**

**Last 4 digits of account number**    **1  5  2  4**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$2,224.52**

---

**3.20**

**Nonpriority creditor's name and mailing address**

**INFRA / Independent Natural Food Retailers Association**

**Attn: Bankruptcy Department**

**P.O. Box 7095 Suite 200**

**Saint Paul, MN 55107**

**Date or dates debt was incurred**    **9/8/2024**

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$4,200.00**

---

Debtor  **Cucina Antica Foods, Corp.**

 Name

Case number *(if known)*      **24-34058**

---

**Part 2:**  Additional Page

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$483.52**
| **Inmar-Youtech, LLC** | *Check all that apply.* |
| | ☐ Contingent |
| **Attn: Bankruptcy Department** | ☐ Unliquidated |
| | ☐ Disputed |
| **7843 Solution Center Lockbox #777843** | |
| **Chicago, IL 60677** | **Basis for the claim:  Vendor** |
| | **Is the claim subject to offset?** |
| | ☑ No |
| Date or dates debt was incurred      **11/6/2024** | ☐ Yes |
| Last 4 digits of account number      __ __ __ __ | |
| Remarks: Coupon clearing house. | |

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$152,860.00**
| **Interglobo North America Inc.** | *Check all that apply.* |
| | ☐ Contingent |
| **Attn: Darleny E. Made** | ☐ Unliquidated |
| **AFC Department, Accounts Receivable & Treasurer Specialist** | ☐ Disputed |
| | **Basis for the claim:  Vendor** |
| **2 Colony Road Suite 300** | |
| **Jersey City, NJ 07305** | **Is the claim subject to offset?** |
| | ☑ No |
| | ☐ Yes |
| Date or dates debt was incurred      **over 90 days to present** | |
| Last 4 digits of account number      __ __ __ __ | |

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$201,126.46**
| **Koverly, Inc.** | *Check all that apply.* |
| | ☑ Contingent |
| **Attn: Bankruptcy Department** | ☑ Unliquidated |
| | ☑ Disputed |
| **303 Wyman Street Ste. 300** | |
| **Waltham, MA 02451** | **Basis for the claim:** _____ |
| | **Is the claim subject to offset?** |
| | ☑ No |
| Date or dates debt was incurred      **04/11/2023** | ☐ Yes |
| Last 4 digits of account number      __ __ __ __ | |

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$46,420.00**
| **LaValle Foods USA** | *Check all that apply.* |
| | ☐ Contingent |
| **Attn: Virginia Graham** | ☐ Unliquidated |
| | ☐ Disputed |
| **235 Murray Hill Parkway** | |
| **East Rutherford, NJ 07073** | **Basis for the claim:  Vendor** |
| | **Is the claim subject to offset?** |
| | ☑ No |
| Date or dates debt was incurred      **8/15/2024** | ☐ Yes |
| Last 4 digits of account number      __ __ __ __ | |

---

Debtor    **Cucina Antica Foods, Corp.**       Case number *(if known)*    **24-34058**

Name

---

**Part 2:**   Additional Page

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$21,179.88** |
|---|---|---|---|

**McCourt Label Company**

**Attn: Kathy Reid**

**P.O. Box 3021**

**Warren, PA 16365**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred    **8/15/2024**

Last 4 digits of account number    __ __ __ __

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,150.00** |
|---|---|---|---|

**National Cooperative Grocers Association**

**Attn: Bankruptcy Department**

**2610 University Avenue W Suite 150**

**Saint Paul, MN 55114**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred    **9/25/2024**

Last 4 digits of account number    __ __ __ __

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,065.92** |
|---|---|---|---|

**Natural Grocers- Vitamin Cottage Natural Food Markets, Inc**

**Attn: Bankruptcy Department**

**12612 W. Alameda Parkway**

**Lakewood, CO 80228**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred    **10/16/2024**

Last 4 digits of account number    **0 5 2 1**

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,015.00** |
|---|---|---|---|

**Neagle Freight Systems, Inc**

**Attn: Jeff Neagle**

**P.O. Box 26777**

**Las Vegas, NV 89126**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred    **over 90 days to present**

Last 4 digits of account number    __ __ __ __

---

Debtor **Cucina Antica Foods, Corp.**      Case number *(if known)* **24-34058**

Name

---

**Part 2:** Additional Page

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$120,000.00**

**Neil Fusco**

**c/o Suzie Fusco**

**12574 Montego Plaza**

**Dallas, TX 75230**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim: Loan**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred    **06/2023**

Last 4 digits of account number    __ __ __ __

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,840.00**

**Packaging Corp. of America**

**Attn: Denise Clary**

**1955 W. Field Court**

**Lake Forest, IL 60045**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim: Vendor**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred    **8/15/2024**

Last 4 digits of account number    **0 0 0 3**

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$62,569.37**

**Rank Shipping Inc.**

**Attn: Don Pearson**

**53 N. Park Avenue Suite 53**

**Rockville Centre, NY 11570**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim: Vendor**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred    **9/8/2024**

Last 4 digits of account number    **U C I N**

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$86,023.41**

**Rispoli Luigi E C. S.R.L.**

**Via Mazzini, 3**

**84023 Carilla**

**Altavilla Silentina SA, Italy,**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim: Vendor**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred    **10/16/2024**

Last 4 digits of account number    __ __ __ __

---

Debtor    **Cucina Antica Foods, Corp.**                                      Case number *(if known)* ___**24-34058**___
                Name

| Part 2: | Additional Page |
|---|---|

**3.33** | **Nonpriority creditor's name and mailing address**

**SPINS, LLC**

**Attn: Adam Wynne**

**P.O. Box 776803**

**Chicago, IL 60677**

Date or dates debt was incurred    **8/15/2024**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$14,072.30

---

**3.34** | **Nonpriority creditor's name and mailing address**

**Textnology dba aisle**

**Attn: Chris Tiffin**
**Attn: Dustin Zang**

**169 Madison Avenue Suite 11293**

**New York, NY 10016**

Date or dates debt was incurred    **over 90 days to present**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$7,172.86

---

**3.35** | **Nonpriority creditor's name and mailing address**

**UPS Small Pack**

**c/o Biehl & Biehl**
**Attn: Kristina Laramore**

**PO Box 87410**

**Carol Stream, IL 60188**

Date or dates debt was incurred    **12/12/2024**

Last 4 digits of account number    **1  W  9  1**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$32.89

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 10 of 12

| Debtor | **Cucina Antica Foods, Corp.** | Case number *(if known)* | **24-34058** |
|---|---|---|---|
| | Name | | |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Atradius Collections Inc.**<br>**Attn: Bankruptcy Department**<br>**3500 Lacey Road Ste. 220**<br>**Downers Grove, IL 60515** | Line **3.32**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2 | **Jack D. Matza**<br>**265 Sunrise Highway Suite 44**<br>**Rockville Centre, NY 11570** | Line **3.31**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3 | **Nixon Peabody LLP**<br>**Attn: Charles R. Bernardini**<br>**70 W. Madison Street Suite 5200**<br>**Chicago, IL 60602** | Line **3.11**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4 | **Nixon Peabody LLP**<br>**Attn: Christopher M. Desiderio**<br>**55 West 46th Street**<br>**New York, NY 10036** | Line **3.11**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5 | **Tucker, Albin & Associates, Inc.**<br>**Attn: John Fischer**<br>**1702 N. Collins Blvd Suite 100**<br>**Richardson, TX 75080** | Line **3.7**<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor    **Cucina Antica Foods, Corp.**                                    Case number *(if known)*    **24-34058**
          Name

Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | **$0.00** |
| 5b.  **Total claims from Part 2** | 5b.  **+** | **$2,049,746.91** |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$2,049,746.91** |

Fill in this information to identify the case:

Debtor name  **Cucina Antica Foods, Corp.**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): **24-34058**   Chapter **11**

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | Office Space | BPRE Toll Hill Holdings, LP |
| | | Attn: Bankruptcy Department |
| State the term remaining | 0 months | P.O. Box 208526 |
| List the contract number of any government contract | | Dallas, TX 75320 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | Financing and Security Agreement | Celtic Bank Corporation |
| | | Attn: Bankruptcy Department c/o BlueVine inc. |
| State the term remaining | | 401 Warren St Suite 300 |
| List the contract number of any government contract | | Redwood City, CA 94063 |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | Receivables Sales Agreement | Itria Ventures, LLC |
| | | Attn: President and General Counsel |
| State the term remaining | | One Penn Plaza Suite 3101 |
| List the contract number of any government contract | | New York, NY 10119 |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | Line of credit | Koverly, Inc. |
| | | Attn: Bankruptcy Notice Koverly, Inc. |
| State the term remaining | | 303 Wyman Street Ste. 300 |
| List the contract number of any government contract | | Waltham, MA 02451 |

Debtor    **Cucina Antica Foods, Corp.**                                    Case number *(if known)*    **24-34058**
          Name

| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Line of credit | **Valley National Bank** |
| | | | **Attn: Bankruptcy Department** |
| | State the term remaining | | **70 Speedwell Avenue** |
| | List the contract number of any government contract | | **Morristown, NJ 07960** |

| Fill in this information to identify the case: |
|---|

Debtor name **Cucina Antica Foods, Corp.**

United States Bankruptcy Court for the: _____**Northern**_____ District of _____**Texas**_____
(State)

Case number (If known): **24-34058**

☐ Check if this is an amended filing

**Official Form 206H**

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Neil Fusco** | **12574 Montego Plaza**<br>Street<br>**c/o Suzie Fusco**<br>**Dallas, TX 75230**<br>City　State　ZIP Code | **Itria Ventures, LLC**<br><br><br>**Valley National Bank** | ☐ D<br>☐ E/F<br>☑ G<br>☐ D<br>☐ E/F<br>☑ G |
| 2.2 | _____ | Street<br><br>City　State　ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street<br><br>City　State　ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street<br><br>City　State　ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Debtor   **Cucina Antica Foods, Corp.**                                    Case number (if known) **24-34058**
         Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street<br>_____<br>_____<br>City   State   ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.6 | _____ | Street<br>_____<br>_____<br>City   State   ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |

Official Form 206H                         **Schedule H: Codebtors**                         page __2__ of __2__

Fill in this information to identify the case:

Debtor name          **Cucina Antica Foods, Corp.**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known):          **24-34058**          Chapter  **11**

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          **12/15**

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

1a. **Real Property:**

Copy line 88 from *Schedule A/B*............................................................................................................................ **$0.00**

1b. **Total personal property:**

Copy line 91A from *Schedule A/B*........................................................................................................................ **$1,062,444.47**

1c. **Total of all property:**

Copy line 92 from *Schedule A/B*.......................................................................................................................... **$1,062,444.47**

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. **$2,202,610.04**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**

Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................................... **$0.00**

3b. **Total amount of claims of non-priority amount of unsecured claims:**

Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................... **+     $2,049,746.91**

4. **Total liabilities**.......................................................................................................................................... **$4,252,356.95**

Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name     **Cucina Antica Foods, Corp.**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known):     **24-34058**

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **01/10/2025**
         MM/ DD/ YYYY

**X**   **/s/ Suzanne Fusco**
Signature of individual signing on behalf of debtor

**Suzanne Fusco**
Printed name

**Authorized Representative**
Position or relationship to debtor

Official Form B202       **Declaration Under Penalty of Perjury for Non-Individual Debtors**