| Fill in this information to identify the case: |
|---|

Debtor name            **Cucina Antica Foods, Corp.**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____ **24-34058** _____

☑ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | | |
|---|---|---|---|---|
| _____ | ☐ Contingent | | _____ | _____ |
| _____ | ☐ Unliquidated | | | |
| _____ | ☐ Disputed | | | |
| **Date or dates debt was incurred** | **Basis for the claim:** | | | |
| _____ | _____ | | | |
| **Last 4 digits of account number** __ __ __ __ | **Is the claim subject to offset?** ☐ No ☐ Yes | | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __ | | | | |

**2.2**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | | |
|---|---|---|---|---|
| _____ | ☐ Contingent | | _____ | _____ |
| _____ | ☐ Unliquidated | | | |
| _____ | ☐ Disputed | | | |
| **Date or dates debt was incurred** | **Basis for the claim:** | | | |
| _____ | _____ | | | |
| **Last 4 digits of account number** __ __ __ __ | **Is the claim subject to offset?** ☐ No ☐ Yes | | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __ | | | | |

| Debtor | **Cucina Antica Foods, Corp.** | Case number *(if known)* | **24-34058** |
|---|---|---|---|
| | Name | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**

**84.51 LLC**

**Attn: Bankruptcy Department**

**P.O. Box 635029**

**Cincinnati, OH 45263-5029**

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
❑ Yes

**Amount of claim: $1,009.61**

Date or dates debt was incurred    **5/1/2024**

Last 4 digits of account number    **2  9  1  2**

---

**3.2** **Nonpriority creditor's name and mailing address**

**Aborn & Co. Inc. dba FreightPlus, Inc.**

**dba FreightPlus**
**Attn: Jill Clifford**

**108 Myrtle Street #6**

**Quincy, MA 02171**

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
❑ Yes

**Amount of claim: $454,896.48**

Date or dates debt was incurred    **over 90 days to present**

Last 4 digits of account number    __ __ __ __

---

**3.3** **Nonpriority creditor's name and mailing address**

**Anchin, Block & Anchin LLP**

**Attn: Stephen Plattman**

**P.O. Box 32002**

**New York, NY 10087-2002**

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
❑ Yes

**Amount of claim: $11,700.00**

Date or dates debt was incurred    **09/08/24**

Last 4 digits of account number    **8  4  0  2**

Remarks: ESSENTIAL. Accounting firm.

---

**3.4** **Nonpriority creditor's name and mailing address**

**C&S Wholesale Grocers Inc**

**ATTN: Kristin Potter**
**ATTN: Matt Justet**

**47 Old Ferry Road**

**Brattleboro, VT 05301**

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
❑ Yes

**Amount of claim: $50,589.17**

Date or dates debt was incurred    **10/15/2024**

Last 4 digits of account number    **2  1  6  1**

Debtor    **Cucina Antica Foods, Corp.**                                        Case number *(if known)*     **24-34058**
     Name

---

Part 2:  Additional Page

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,037.60**
*Check all that apply.*

**Caraluzzi's Markets**

**Attn: Bankruptcy Department**
    ❑ Contingent
    ❑ Unliquidated
**5 Francis J Clarke Circle**
    ❑ Disputed

**Bethel, CT 06801**          **Basis for the claim:** **Vendor**

**Is the claim subject to offset?**

**Date or dates debt was incurred**     **4/9/2024**          ☑ No
    ❑ Yes

**Last 4 digits of account number**    — — — —

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$72.37**
*Check all that apply.*

**CHEP USA**
    ❑ Contingent
**Attn: Bankruptcy Department**
    ❑ Unliquidated
**15226 Collections Center Drive**
    ❑ Disputed

**Chicago, IL 60693**          **Basis for the claim:** **Vendor**

**Is the claim subject to offset?**

**Date or dates debt was incurred**     **current**          ☑ No
    ❑ Yes

**Last 4 digits of account number**    — — — —

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$17,883.12**
*Check all that apply.*

**Choice Sales & Marketing West, Inc.**
    ❑ Contingent
**Attn: Kathy Murray**
    ❑ Unliquidated
**3156 La Palma Avenue Suite A**
    ❑ Disputed

**Anaheim, CA 92806**          **Basis for the claim:** **Vendor**

**Is the claim subject to offset?**

**Date or dates debt was incurred**     **7/26/24**          ☑ No
    ❑ Yes

**Last 4 digits of account number**    — — — —

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
*Check all that apply.*

**Clark's Nutrition**
    ❑ Contingent
**Attn: Accounting**
    ❑ Unliquidated
**PO Box 1609**
    ❑ Disputed

**Riverside, CA 92502**          **Basis for the claim:** **Vendor**

**Is the claim subject to offset?**

**Date or dates debt was incurred** _____          ☑ No
    ❑ Yes

**Last 4 digits of account number**    — — — —

---

| Debtor | **Cucina Antica Foods, Corp.** | Case number *(if known)* | **24-34058** |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

| | | |
|---|---|---|
| **3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $7,295.99 |
| | **Concord National LLP** | *Check all that apply.* |
| | | ☐ Contingent |
| | **Attn: Lorena Perrin** | ☐ Unliquidated |
| | **#400 - 1124 Lonsdale Avenue** | ☐ Disputed |
| | **North Vancouver, British Colombia** | **Basis for the claim:** **Vendor** |
| | **V7M 2H1, Canada,** | **Is the claim subject to offset?** |
| | | ☑ No |
| | | ☐ Yes |
| | **Date or dates debt was incurred** **8/15/2024** | |
| | **Last 4 digits of account number** __ __ __ __ | |

| | | |
|---|---|---|
| **3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $776.98 |
| | **Courtier NordEst Broker** | *Check all that apply.* |
| | | ☐ Contingent |
| | **Attn: Bankruptcy Department** | ☐ Unliquidated |
| | | ☐ Disputed |
| | **46 Rue Glen Granby** | |
| | **Quebec, Canada, J2G 4K4,** | **Basis for the claim:** _____ |
| | | **Is the claim subject to offset?** |
| | | ☑ No |
| | **Date or dates debt was incurred** **9/30/2024** | ☐ Yes |
| | **Last 4 digits of account number** __ __ __ __ | |

| | | |
|---|---|---|
| **3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $45,000.00 |
| | **Critical Mass Group LLC** | *Check all that apply.* |
| | | ☐ Contingent |
| | **Attn: Daniel Morad** | ☐ Unliquidated |
| | | ☐ Disputed |
| | **215 Pier Avenue Suite C** | |
| | **Hermosa Beach, CA 90254** | **Basis for the claim:** _____ |
| | | **Is the claim subject to offset?** |
| | | ☑ No |
| | **Date or dates debt was incurred** **10/2024-12/2024** | ☐ Yes |
| | **Last 4 digits of account number** __ __ __ __ | |

| | | |
|---|---|---|
| **3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $554,310.44 |
| | **Di Vita S.p.A** | *Check all that apply.* |
| | | ☐ Contingent |
| | **Attn: Alberto Pochettino** | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Via Poirino, 13** | |
| | **Campagnola TO, Italy 10022,** | **Basis for the claim:** **Vendor** |
| | | **Is the claim subject to offset?** |
| | | ☑ No |
| | **Date or dates debt was incurred** **10/15/2024** | ☐ Yes |
| | **Last 4 digits of account number** **9 0 1 0** | |

Debtor   **Cucina Antica Foods, Corp.**                                              Case number *(if known)*     **24-34058**
          Name

<table>
<tr><td colspan="2">Part 2:</td><td>Additional Page</td></tr>
</table>

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,000.00 |
|---|---|---|---|

**Diamond Properties**

**Attn: Bankruptcy Department**

**333 N. Bedford Road Suite 145**

**Mount Kisco, NY 10549**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Landlord**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Date or dates debt was incurred       10/1/2024**

**Last 4 digits of account number      __ __ __ __**

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,013.86 |
|---|---|---|---|

**DWS Associates, Inc.**

**Attn: Bankruptcy Department**

**89 North Industry Court**

**Deer Park, NY 11729**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Date or dates debt was incurred       8/7/2024**

**Last 4 digits of account number      __ __ __ __**

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40,544.70 |
|---|---|---|---|

**Fratelli Voza**

**Attn: Bankruptcy Department**

**Localita bivio Cioffi - 84025**

**EBOLI (SA), Salerno Italy,**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Date or dates debt was incurred       10/16/2024**

**Last 4 digits of account number      4  8  8  9**

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $378.40 |
|---|---|---|---|

**Fresh Direct**

**Attn: Bankruptcy Department**

**P.O. Box 21201**

**New York, NY 10087-1201**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Date or dates debt was incurred       10/26/2024**

**Last 4 digits of account number      __ __ __ __**

**Remarks:** Bill is for promos at the stores.

Debtor    **Cucina Antica Foods, Corp.**                                              Case number *(if known)*     **24-34058**
          Name

| Part 2: | Additional Page |
| --- | --- |

**3.17** **Nonpriority creditor's name and mailing address**

**Fusion Transportation**

**Attn: Sheila Rivas**

**P.O. Box 24498**

**New York, NY 10087**

**Date or dates debt was incurred**     **11/30/2024**

**Last 4 digits of account number**     — — — —

Remarks: Warehouse where products kept.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

$31,416.91

---

**3.18** **Nonpriority creditor's name and mailing address**

**Giannuzzi Lewendon LLP**

**Attn: Bankruptcy Department**

**411 West 4th Street 4th Floor**

**New York, NY 10014**

**Date or dates debt was incurred**     **10/16/2024**

**Last 4 digits of account number**     — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,918.50

---

**3.19** **Nonpriority creditor's name and mailing address**

**Giovanni Food Co, Inc**

**Attn: Lou DeMent, CEO**

**8800 Sixty Road**

**Baldwinsville, NY 13027**

**Date or dates debt was incurred**     **over 90 days to present**

**Last 4 digits of account number**     — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

$83,466.65

---

**3.20** **Nonpriority creditor's name and mailing address**

**Ibotta Inc**

**Attn: Bankruptcy Department**

**Dept. CH 19957**

**Palatine, IL 60055**

**Date or dates debt was incurred**     **7/26/2024**

**Last 4 digits of account number**     **1  5  2  4**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,224.52

---

Debtor   **Cucina Antica Foods, Corp.**                                    Case number *(if known)*      **24-34058**
    Name

**Part 2:** Additional Page

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,200.00**
--- | --- | --- | ---

**3.21**

**Nonpriority creditor's name and mailing address**

**INFRA / Independent Natural Food Retailers Association**

**Attn: Bankruptcy Department**

**P.O. Box 7095 Suite 200**

**Saint Paul, MN 55107**

Date or dates debt was incurred     **9/8/2024**

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$4,200.00**

---

**3.22**

**Nonpriority creditor's name and mailing address**

**Inmar-Youtech, LLC**

**Attn: Bankruptcy Department**

**7843 Solution Center Lockbox #777843**

**Chicago, IL 60677**

Date or dates debt was incurred     **11/6/2024**

Last 4 digits of account number     __ __ __ __

Remarks: Coupon clearing house.

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$483.52**

---

**3.23**

**Nonpriority creditor's name and mailing address**

**Interglobo North America Inc.**

**Attn: Darleny E. Made**
**AFC Department, Accounts Receivable & Treasurer Specialist**

**2 Colony Road Suite 300**

**Jersey City, NJ 07305**

Date or dates debt was incurred     **over 90 days to present**

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$152,860.00**

---

**3.24**

**Nonpriority creditor's name and mailing address**

**KeHe**

**Attn: Bankruptcy Department**

**1245 E. Deihl Road Suite 200**

**Naperville, IL 60563**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$70,000.00**

---

Debtor    **Cucina Antica Foods, Corp.**                                          Case number *(if known)*        **24-34058**
          Name

---

| Part 2: | Additional Page |
|---------|-----------------|

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$201,126.46** |

**Koverly, Inc.**

**Attn: Bankruptcy Department**

**303 Wyman Street Ste. 300**

**Waltham, MA 02451**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**    **04/11/2023**

**Last 4 digits of account number**    ___ ___ ___ ___

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$46,420.00** |

**LaValle Foods USA**

**Attn: Virginia Graham**

**235 Murray Hill Parkway**

**East Rutherford, NJ 07073**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**    **8/15/2024**

**Last 4 digits of account number**    ___ ___ ___ ___

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |

**Loblaw Companies Limited**

**Attn: Accounting or Bankruptcy Division**

**1 President's Choice Circle**

**Brampton, Ontario, L6Y 5S5,**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    ___ ___ ___ ___

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$21,179.88** |

**McCourt Label Company**

**Attn: Kathy Reid**

**P.O. Box 3021**

**Warren, PA 16365**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**    **8/15/2024**

**Last 4 digits of account number**    ___ ___ ___ ___

---

Debtor   **Cucina Antica Foods, Corp.**                                       Case number *(if known)*     **24-34058**
              Name

---

| Part 2: | Additional Page |

**3.29**  **Nonpriority creditor's name and mailing address**

**National Cooperative Grocers Association**

**Attn: Bankruptcy Department**

**2610 University Avenue W Suite 150**

**Saint Paul, MN 55114**

Date or dates debt was incurred        **9/25/2024**

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**$3,150.00**

---

**3.30**  **Nonpriority creditor's name and mailing address**

**Natural Grocers- Vitamin Cottage Natural Food Markets, Inc**

**Attn: Bankruptcy Department**

**12612 W. Alameda Parkway**

**Lakewood, CO 80228**

Date or dates debt was incurred        **10/16/2024**

Last 4 digits of account number        **0   5   2   1**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$4,065.92**

---

**3.31**  **Nonpriority creditor's name and mailing address**

**Neagle Freight Systems, Inc**

**Attn: Jeff Neagle**

**P.O. Box 26777**

**Las Vegas, NV 89126**

Date or dates debt was incurred        **over 90 days to present**

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$9,015.00**

---

**3.32**  **Nonpriority creditor's name and mailing address**

**Neil Fusco**

**c/o Suzie Fusco**

**12574 Montego Plaza**

**Dallas, TX 75230**

Date or dates debt was incurred        **06/2023**

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Loan**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$120,000.00**

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Cucina Antica Foods, Corp.** | Case number *(if known)* | **24-34058** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.33**  **Nonpriority creditor's name and mailing address**

**New Seasons Market LLC**

**Attn: Bankruptcy Department**

**1300 SE Stark Street Suite 401**

**Portland, OR 97214**

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

**unknown**

---

**3.34**  **Nonpriority creditor's name and mailing address**

**Packaging Corp. of America**

**Attn: Denise Clary**

**1955 W. Field Court**

**Lake Forest, IL 60045**

**Date or dates debt was incurred**    **8/15/2024**

**Last 4 digits of account number**    **0  0  0  3**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$2,840.00**

---

**3.35**  **Nonpriority creditor's name and mailing address**

**PUGET CONSUMERS CO-OP**

**Attn: Bankruptcy Department**

**3131 Elliott Ave Suite 500**

**Seattle, WA 98121**

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

**unknown**

---

**3.36**  **Nonpriority creditor's name and mailing address**

**Rank Shipping Inc.**

**Attn: Don Pearson**

**53 N. Park Avenue Suite 53**

**Rockville Centre, NY 11570**

**Date or dates debt was incurred**    **9/8/2024**

**Last 4 digits of account number**    **U  C  I  N**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$62,569.37**

---

Debtor    **Cucina Antica Foods, Corp.**                                          Case number *(if known)*        **24-34058**
            Name

| Part 2: | Additional Page |
|---------|-----------------|

**3.37** **Nonpriority creditor's name and mailing address**

**Rispoli Luigi E C. S.R.L.**

**Via Mazzini, 3**

**84023 Carilla**

**Altavilla Silentina SA, Italy,**

Date or dates debt was incurred        **10/16/2024**

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$86,023.41**

---

**3.38** **Nonpriority creditor's name and mailing address**

**SMC3**

**Corporate Office**

**P.O. Box 2040**

**Peachtree City, GA 30269**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

**unknown**

---

**3.39** **Nonpriority creditor's name and mailing address**

**SPINS, LLC**

**Attn: Adam Wynne**

**P.O. Box 776803**

**Chicago, IL 60677**

Date or dates debt was incurred        **8/15/2024**

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$14,072.30**

---

**3.40** **Nonpriority creditor's name and mailing address**

**Textnology dba aisle**

**Attn: Chris Tiffin**
**Attn: Dustin Zang**

**169 Madison Avenue Suite 11293**

**New York, NY 10016**

Date or dates debt was incurred        **over 90 days to present**

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$7,172.86**

---

Debtor  **Cucina Antica Foods, Corp.**
        Name                                                    Case number *(if known)*  __**24-34058**__

---

| Part 2: | Additional Page |
|---|---|

**3.41** | **Nonpriority creditor's name and mailing address**

**UNFI Canada**

**Attn: Jennifer Youmans, Accounts Payable**

**8755 Keele Street**

**Concord, ON L4K 2N1,**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

**Is the claim subject to offset?**
☑ No
☐ Yes

__unknown__

---

**3.42** | **Nonpriority creditor's name and mailing address**

**United Natural Foods, Inc.**

**Attn: Bankruptcy Department**

**313 Iron Horse Way**

**Providence, RI 02908**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

**Is the claim subject to offset?**
☑ No
☐ Yes

__$328,176.54__

---

**3.43** | **Nonpriority creditor's name and mailing address**

**United Natural Foods, Inc.**

**Attn: Bankruptcy Department**

**313 Iron Horse Way**

**Providence, RI 02908**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

**Is the claim subject to offset?**
☑ No
☐ Yes

__$18,529.78__

---

**3.44** | **Nonpriority creditor's name and mailing address**

**UPS Small Pack**

**c/o Biehl & Biehl
Attn: Kristina Laramore**

**PO Box 87410**

**Carol Stream, IL 60188**

Date or dates debt was incurred __**12/12/2024**__

Last 4 digits of account number __**1**__ __**W**__ __**9**__ __**1**__

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

**Is the claim subject to offset?**
☑ No
☐ Yes

__$32.89__

---

Official Form 206E/F                 **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Cucina Antica Foods, Corp.**                                          Case number *(if known)*        **24-34058**
               Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Atradius Collections Inc.**<br>**Attn: Bankruptcy Department**<br>**3500 Lacey Road Ste. 220**<br>**Downers Grove, IL 60515** | Line **3.37**<br>❑ Not listed. Explain _____ | __ __ __ __ |
| 4.2 **Jack D. Matza**<br>**265 Sunrise Highway Suite 44**<br>**Rockville Centre, NY 11570** | Line **3.36**<br>❑ Not listed. Explain _____ | __ __ __ __ |
| 4.3 **Nixon Peabody LLP**<br>**Attn: Charles R. Bernardini**<br>**70 W. Madison Street Sute 5200**<br>**Chicago, IL 60602** | Line **3.12**<br>❑ Not listed. Explain _____ | __ __ __ __ |
| 4.4 **Nixon Peabody LLP**<br>**Attn: Christopher M. Desiderio**<br>**55 West 46th Street**<br>**New York, NY 10036** | Line **3.12**<br>❑ Not listed. Explain _____ | __ __ __ __ |
| 4.5 **Tucker, Albin & Associates, Inc.**<br>**Attn: John Fischer**<br>**1702 N. Collins Blvd Suite 100**<br>**Richardson, TX 75080** | Line **3.7**<br>❑ Not listed. Explain _____ | __ __ __ __ |

Debtor    **Cucina Antica Foods, Corp.**
Name

Case number *(if known)*    **24-34058**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
| --- | --- | --- |
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$2,466,453.23** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$2,466,453.23** |

Fill in this information to identify the case:

Debtor name      **Cucina Antica Foods, Corp.**

United States Bankruptcy Court for the:

     **Northern District of Texas**

Case number (if known):      **24-34058**      Chapter **11**

☑ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*..................................................................................................................

   **$0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................................

   **$1,062,444.47**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...................................................................................................................

   **$1,062,444.47**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   **$2,202,610.04**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................................

   **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................

   **+     $2,466,453.23**

4. **Total liabilities**...........................................................................................................................................
   Lines 2 + 3a + 3b

   **$4,669,063.27**