Frances A. Smith
State Bar No. 24033084
Jonathan Gitlin
State Bar No. 24064305
**Ross & Smith, PC**
700 North Pearl Street, Suite 1610
Dallas, Texas 75201
Telephone: 214-377-7879
Facsimile: 214-377-9409
Email: frances.smith@ross-and-smith.com
Email: jonathan.gitlin@ross-and-smith.com
**COUNSEL TO DEBTOR**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 24-34058** |
| **Cucina Antica Foods, Corp.,** | § | |
| | § | |
| | § | **CHAPTER 11** |
| | § | |
| **Debtor.** | § | |

## CUCINA ANTICA FOODS, CORP.'S WITNESS & EXHIBIT LIST

Cucina Antica Foods, Corp. ("Cucina Antica"), the debtor and debtor-in-possession (the "Debtor") in the above-captioned bankruptcy case (the "Bankruptcy Case"), files this *Witness & Exhibit List* for hearing to be held on July 28, 2025 at 1:30 PM (prevailing Central Time) (the "Hearing") in connection with the following matters:

1.  *Debtor's Motion for Entry of an Order: (A) Approving Disclosure Statement for the Debtor's Plan of Liquidation, (B) Scheduling a Hearing to Consider Confirmation of the Debtor's Plan of Liquidation, (C) Establishing Deadlines Related Thereto, and (D) Approving Balloting, Solicitation, Notice, and Voting Procedures* [Docket No. 116]; and

**CUCINA ANTICA'S WITNESS & EXHIBIT LIST**                                                    **Page 1**

2.      *First Amended Disclosure Statement Under 11 U.S.C. § 1125 in Support of the Debtor's Chapter 11 Plan of Liquidation* [Docket No. 120].

## WITNESSES

Cucina Antica may call the following witnesses at the Hearing:

1.      Suzanne Fusco; shareholder;

2.      Any witness listed or called by another party; and

3.      Rebuttal witnesses as necessary.

## EXHIBITS

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| CA-1 | *Motion for Entry of an Order: (A) Approving Disclosure Statement for the Debtor's Plan of Liquidation, (B) Scheduling a Hearing to Consider Confirmation of the Debtor's Plan of Liquidation, (C) Establishing Deadlines Related Thereto, and (D) Approving Balloting, Solicitation, Notice, and Voting Procedures* [Dkt. No. 116] with exhibits; | | | | | | |
| CA-2 | *Debtor's First Amended Chapter 11 Plan of Liquidation* [Dkt. No. 119]; | | | | | | |
| CA-3 | *First Amended Disclosure Statement Under 11 U.S.C. § 1125 in Support of the Debtor's Chapter 11 Plan of Liquidation* [Docket No. 120]; | | | | | | |
| CA-4 | *Notice of First Amended Chapter 11 Plan of Liquidation and First Amended Disclosure Statement in Support of Amended Chapter 11 Plan of Liquidation* [Dkt. No. 121] with exhibits; | | | | | | |
| CA-5 | Docket Sheet | | | | | | |
| CA-6 | Claims register | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Any document or pleading filed in the above-captioned bankruptcy case | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | |
| | Any exhibit identified or offered by any other party | | | | |

## **RESERVATION OF RIGHTS**

Cucina Antina reserves the right to call or introduce one or more, or none, of these witnesses and exhibits listed above, and further reserves the right to supplement and/or amend this Witness & Exhibit List prior to the Hearing.

Dated: July 24, 2025

**ROSS & SMITH, PC**

By: */s/ Frances A. Smith*
Frances A. Smith
State Bar No. 24033084
Jonathan Gitlin
State Bar No. 24064305
700 North Pearl Street, Suite 1610
Dallas, Texas 75201
Telephone: 214-377-7879
Facsimile: 214-377-9409
Email: frances.smith@ross-and-smith.com
Email: jonathan.gitlin@ross-and-smith.com
**COUNSEL TO DEBTOR**

## **CERTIFICATE OF SERVICE**

I certify that on July 24, 2025, I caused to be served a true and correct copy of the foregoing document via email (without exhibits), the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas (with exhibits), and/or via U.S. mail (without exhibits) upon the parties listed in the attached Master Service List as indicated.

*/s/ Frances A. Smith*
Frances A. Smith

**Master Service List**
**Cucina Antica Foods, Corp.**
**Case No. 24-34058**

***Debtor:***
Cucina Antica Foods, Corp.
P.O. Box 670367
Dallas, TX 75367
**Served via U.S. mail**

***Debtor's Counsel:***
Frances A. Smith
Jonathan Gitlin
Ross, Smith & Binford, PC
700 North Pearl Street, Suite 1610
Dallas, Texas 75201
Telephone: 214-377-7879
Facsimile: 214-377-9409
Email: frances.smith@rsbfirm.com
Email: jonathan.gitlin@rsbfirm.com
**Served via ECF**

***U.S. Trustee:***
Asher M. Bublick
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242-1699
(214) 767-1084 (direct)
(202) 934-4039 (mobile)
Email: asher.bublick@usdoj.gov
**Served via ECF**

***Governmental Agencies:***
Internal Revenue Service
Special Procedures-Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346
**Served via U.S. mail**

U.S. Attorney
Office of the United States Attorney
3rd Floor, 1100 Commerce Street
Dallas, Texas 75242-1699
**Served via U.S. mail**

Attorney General of the United States
Office of the Attorney General
Main Justice Building, Room 5111
10th & Constitution Avenue, N.W.
Washington, D.C. 20530
**Served via U.S. mail**

Social Security Administration
Office of the General Counsel
Office of Program Litigation
Attn: Bankruptcy
6401 Security Boulevard
Baltimore, MD 21235
**Served via U.S. mail**

Attorney General
Texas Attorney General's Office
Bankruptcy-Collections Division
P.O. Box 12548
Austin, Texas 78711-2548
**Served via U.S. mail**

State Comptroller of Public Accounts
Revenue Accounting Division-
Bankruptcy Section
P.O. Box 13528
Austin, Texas 78711
**Served via U.S. mail**

Texas Workforce Commission
TEC Building - Bankruptcy
101 East 15th Street
Austin, Texas 78778
**Served via U.S. mail**

City of Dallas
Dallas City Secretary's Office
1500 Marilla Street, Suite 5DS
Dallas, TX 75201
**Served via U.S. mail**

United States Postal Service
Law Department, Southwest Field Office
P.O. Box 227078
Dallas, Texas 75222-7078
**Served via U.S. mail**

*Secured Parties:*
Biz2Credit Inc.
Attn: Bankruptcy Department
1 Penn Plaza 31st Floor
New York, NY 10119
Email: mike.williams@Biz2Credit.com
**Served via Email**

BlueVine Capital Inc.
Attn: Bankruptcy Department
401 Warren Street Suite 300
Redwood City, CA 94063
**Served via U.S. mail**

Itria Ventures, LLC
Attn: President and General Counsel
One Penn Plaza Suite 3101
New York, NY 10119
**Served via U.S. mail**

Koverly, Inc.
Attn: Bankruptcy Notice
Koverly, Inc.
303 Wyman Street Ste. 300
Waltham, MA 02451
Email: dlasko@koverly.com
**Served via Email**

Valley National Bank
c/o K&L Gates LLP
Attn: David S. Catuogno, Esq.
One Newark Center - 10th Floor
Newark, New Jersey 07102
Direct: (973) 848-4023
Fax: (973) 848-4001
Email: David.Catuogno@klgates.com
**Served via Email**

*20 Largest Unsecured Creditors:*
Aborn & Co. Inc.
dba FreightPlus, Inc.
Attn: Jill Clifford
P.O. Box 6756
Carol Stream, IL 60197
Email: jclifford@freightplus.io
**Served via Email**

Anchin, Block & Anchin LLP
Attn: Stephen Plattman
P.O. Box 32002
New York, NY 10087-2002
Email: stephen.plattman@anchin.com
**Served via Email**

C&S Wholesale Grocers Inc
ATTN: Kristin Potter
ATTN: Matt Justet
47 Old Ferry Road
Brattleboro, VT 05301
Email: CSWGapreview@outreach.prgx.com
**Served via Email**

Choice Sales & Marketing West, Inc.
Attn: Kathy Murray
3156 La Palma Avenue Suite A
Anaheim, CA 92806
Email: kathy@choicesalesmarketing.com
**Served via Email**

Concord National LLP
Attn: Lorena Perrin
#400 - 1124 Lonsdale Avenue
North Vancouver, British Colombia,
V7M 2H1, Canada
Email: lperrin@indigonaturalproducts.com
**Served via Email**

Critical Mass Group LLC
Attn: Daniel Morad
215 Pier Avenue Suite C
Hermosa Beach, CA 90254
Email: dan@criticalmassgroup.com
**Served via Email**

Di Vita S.p.A
Attn: Alberto Pochettino
Via Poirino, 13
Campagnola TO, Italy 10022
Email: a.pochettino@divita.it
**Served via Email**

Di Vita S.p.A.
c/o Nixon Peabody LLP
Attn: Charles R. Bernardini
70 W. Madison Street, Suite 5200
Chicago, IL 60602-4378
Email: cbernardini@nixonpeabody.com
**Served via Email**

Di Vita S.p.A.
c/o Nixon Peabody LLP
Attn: Christopher M. Desiderio
55 West 46th Street
New York, NY 10036
Email: cdesiderio@nixonpeabody.com
**Served via Email**

DP 21, LLC
Attn: Mark E. Blanford
12 South Bedford Road
Mount Kisco, NY 10549
Email: Mark@Diamondproperties.co
**Served via Email**

Fratelli Voza
Attn: Bankruptcy Department
Localita bivio Cioffi - 84025
EBOLI (SA), Salerno Italy
**Served via U.S. mail**

Fusion Transportation
Attn: Sheila Rivas
P.O. Box 24498
New York, NY 10087
Email: srivas@fusiontransport.com
**Served via Email**

Giovanni Food Co, Inc
Attn: Lou DeMent, CEO
8800 Sixty Road
Baldwinsville, NY 13027
Email: lou@giovannifoods.com
**Served via Email**

Interglobo North America Inc.
Attn: Darleny E. Made
AFC Department, Accounts Receivable &
Treasurer Specialist
2 Colony Road Suite 300
Jersey City, NJ 07305
Email: apinto@interglobo.com
**Served via Email**

LaValle Foods USA
Attn: Virginia Graham
235 Murray Hill Parkway
East Rutherford, NJ 07073
Email: virginia@lavalleus.com
**Served via Email**

McCourt Label Company
Attn: Kathy Reid
P.O. Box 3021
Warren, PA 16365
Email: kreid@mccourtlabel.com
**Served via Email**

Neagle Freight Systems, Inc
Attn: Jeff Neagle
P.O. Box 26777
Las Vegas, NV 89126
Email: jeff@neaglefreight.com
**Served via Email**

Rank Shipping Inc.
Attn: Don Pearson
53 N. Park Avenue Suite 53
Rockville Centre, NY 11570
Email: don@rankshipping.com
**Served via Email**

Rispoli Luigi E C. S.R.L.
Attn: Bankruptcy Department
Via Mazzini, 3
Carilla Altavilla Silentina SA, Italy
**Served via U.S. mail**

SPINS, LLC
Attn: Adam Wynne
P.O. Box 776803
Chicago, IL 60677
Email: accounts_receivable@spins.com
**Served via Email**

Stello Foods
Attn: Nickki L. Stello
P.O. Box 413
Punxsutawney, PA 15767
Email: stellofoods@hotmail.com
**Served via Email**

Textnology dba aisle
Attn: Chris Tiffin
Attn: Dustin Zang
169 Madison Avenue Suite 11293
New York, NY 10016
Email: tiffin@gotoaisle.com
Email: dustin@gotoaisle.com
**Served via Email**

***Noticed Parties:***
Dallas County
c/o Linebarger Goggan Blair &
Sampson, LLP
Attn: Sherrel K. Knighton
3500 Maple Avenue
 Suite 800
 DALLAS, TX 75219
 Telephone: (214) 880-0089
 Facsimile: (469) 221-5003
 Email: dallas.bankruptcy@lgbs.com
**Served via ECF**

Valley National Bank
c/o K&L Gates LLP
Attn: David S. Catuogno
One Newark Center - 10th Floor
Newark, New Jersey 07102
Direct: (973) 848-4023
Mobile: (201) 805-4371
Fax: (973) 848-4001
Email: David.Catuogno@klgates.com
**Served via ECF and Email**

Hannaford Bros. Co., LLC
c/oGregory G. Hesse
Hunton Andrews Kurth LLP
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202-2799
(214) 979-3000 Telephone
(214) 880-0011 Telecopy
Email: Ghesse@hunton.com
**Served via ECF**